UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>Defendant. | Case No. 20-cv-02516 |

**PLAINTIFF'S NOTICE OF FILING OF**
**<u>MOTION FOR REASSIGNMENT</u>**

Plaintiff First Choice Federal Credit Union ("First Choice") hereby notifies the Court of the Motion to Reassign Cases as Related filed in *Fair Isaac Corp. v. Trans Union LLC*, No. 17-cv-08318. That Motion was filed by First Choice and plaintiffs in four other actions: *Alcoa Community Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02559; *Amalgamated Bank v. Fair Isaac Corp.*, No. 20-cv-02533; *Getten Credit Co. v. Fair Isaac Corp.*, No. 20-cv-02651; and *Sky Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02114.

Copies of the Motion and corresponding Memorandum of Law are attached as Exhibits 1 and 2, respectively. The response is due on June 2, 2020, the reply is due on June 16, 2020, and a status conference is set for June 30, 2020. *See* Dkt. 202, *Fair Isaac Corp. v. Trans Union LLC*, No. 17-cv-08318.

Dated: May 7, 2020                                                  Respectfully submitted,

**CARLSON LYNCH LLP**                                               **MOLOLAMKEN LLP**

Gary F. Lynch                                                       /s/ Steven F. Molo
1133 Penn Avenue, 5th Floor                              Steven F. Molo
Pittsburgh, PA 15222                                                Lisa W. Bohl
Telephone: 412-322-9243                                             300 N. LaSalle Street, Suite 5350
Facsimile: 412-231-0246                                             Chicago, IL 60654
glynch@carlsonlynch.com                                             Telephone: 312-450-6700
                                                                    Facsimile: 312-450-6701
Katrina Carroll                                                     smolo@mololamken.com
111 W. Wacker Drive, Suite 1240                                     lbohl@mololamken.com
Chicago, IL 60602
Telephone: 312-750-1265                                             Lauren M. Weinstein
kcarroll@carlsonlynch.com                                           600 New Hampshire Avenue, N.W., Suite 500
                                                                    Washington, D.C. 20037
                                                                    Telephone: 202-556-2000
                                                                    Facsimile: 202-556-2001
                                                                    lweinstein@mololamken.com

*Counsel for Plaintiff First Choice Federal Credit Union*

**CERTIFICATE OF SERVICE**

 I hereby certify that, on May 7, 2020, I caused the foregoing Plaintiff's Notice of Filing of Motion for Reassignment to be served on all counsel of record and unrepresented parties by filing the same with the Court's CM/ECF system.

Dated: May 7, 2020
    Chicago, Illinois

                    /s/ Steven F. Molo