UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

First Choice Federal Credit Union
                                Plaintiff,

v.                                                    Case No.: 1:20–cv–02516
                                                                   Honorable Edmond E. Chang

Fair Isaac Corporation
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

       MINUTE entry before the Honorable Edmond E. Chang: This entry is being posted on the docket of the 10 related FICO cases: (1) Sky Federal Credit Union v. Fair Isaac Corp., No. 20−cv−02114; (2) First Choice Federal Credit Union v. Fair Isaac Corp., No. 20−cv−02516; (3) Amalgamated Bank v. Fair Isaac Corp., No. 20−cv−02533; (4) Alcoa Community Federal Credit Union v. Fair Isaac Corp., No. 1:20−cv−02559; (5) Getten Credit Co. v. Fair Isaac Corp., No. 20−cv−02651; (6) Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp., No. 20−cv−02755; (7) Alternative Finance, Inc. v. Fair Isaac Corp., No. 20−cv−03204; (8) City of Boston Credit Union v. Fair Isaac Corp., No. 20−cv−03315; (9) Holmes County Bank & Trust Co. v. Fair Isaac Corp., No. 20−cv−03395; and (10) Garner Properties & Management v. Fair Isaac Corp., No. 20−cv−04575. As predicted in R. 97, the motion [84] of Cohen Milstein to withdraw as counsel is granted and the appearances of lawyers from that firm are terminated. The corresponding motion [92] of Garner Properties for appointment of Interim Co−Lead Counsel for the Indirect Purchaser Plaintiffs and for leave to file a Consolidated Amended Complaint (Indirect Purchasers) is granted. Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff, PC are appointed as interim co−lead counsel for the Indirect Purchasers. The firm of Guin, Stokes & Evans, LLC is appointed as Liaison Counsel for the Indirect Purchasers. The Consolidated Amended Complaint for the Indirect Purchasers is due by 12/06/2021. The previously set briefing schedule on dismissal motions remains in place: the motions to dismiss are due by 01/17/2022. The respective Plaintiffs' responses (to be filed by lead counsel) are due by 03/03/2022. The defense replies will be due by 03/28/2022. With the filing of the Direct Purchasers Consolidated Amended Complaint, R. 86, the following cases are terminated without prejudice as superseded by the Consolidated Amended Complaint, and all filings shall continue to be made on this docket (Case No. 20−cv−2114): First Choice Federal Credit Union v. Fair Isaac Corp., No. 20−cv−02516; Amalgamated Bank v. Fair Isaac Corp., No. 20−cv−02533; Alcoa Community Federal Credit Union v. Fair Isaac Corp., No. 1:20−cv−02559; Getten Credit Co. v. Fair Isaac Corp., No. 20−cv−02651; City of Boston Credit Union v. Fair Isaac Corp., No. 20−cv−03315; and Holmes County Bank & Trust Co. v. Fair Isaac Corp., No. 20−cv−03395. The Court notes that the Direct Purchasers Consolidated Amended Complaint does not appear to list as a plaintiff−party the Plaintiff from Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp., No. 20−cv−02755. See R. 86, paras.

15–21. On 11/12/2021, Kenmore CU, the Lead Counsel for the Direct Purchasers, and defense counsel shall file a status report as to Kenmore CU. The tracking status hearing of 11/05/2021 is reset to 11/19/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.